# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>KARA J. SEAWELL<br>　　　Debtor | Case No. 21-10438-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>　　　Movant<br><br>vs.<br>KARA J. SEAWELL<br>　　　Respondents | <br><br><br><br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, this  27th  day of  April                    , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge