| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
Chapter 13 Case No. 21-10438-PMM

Kara J. Seawell
425 Sunset Road
West Reading  PA    19611

Petition Filed Date: 02/24/2021
341 Hearing Date: 03/30/2021
Confirmation Date: 07/01/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $638.00 | | 08/22/2024 | $638.00 | | 10/17/2024 | $638.00 | |
| 12/03/2024 | $638.00 | | 02/10/2025 | $552.00 | 29638494944 | 02/10/2025 | $1,000.00 | 29638494922 |
| 02/10/2025 | $1,000.00 | 29638494933 | 04/29/2025 | $638.00 | | 07/11/2025 | $300.00 | 4157747 |
| 07/11/2025 | $2,252.00 | 4157746 | | | | | | |

**Total Receipts for the Period: $8,294.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,882.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $5,226.73 | $0.00 | $5,226.73 |
| 2 | FREEDOM MORTGAGE CORPORATION »» 003 | Mortgage Arrears | $30,156.10 | $26,355.35 | $3,800.75 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $4,500.29 | $0.00 | $4,500.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $1,924.33 | $0.00 | $1,924.33 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $311.40 | $0.00 | $311.40 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,733.40 | $3,733.40 | $0.00 |

Chapter 13 Case No. 21-10438-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,882.00 | Current Monthly Payment: | $638.00 |
| Paid to Claims: | $30,088.75 | Arrearages: | $1,276.00 |
| Paid to Trustee: | $2,793.25 | Total Plan Base: | $37,986.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.