*Form 167* (1/25)–doc 69 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kara J. Seawell ) | Case No. 21–10438–pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor FREEDOM MORTGAGE CORPORATION Filed by Kara J. Seawell

on: 1/29/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601


Date: January 16, 2026                                                                                    For The Court

                                                                                                                                  Mohung Wong
                                                                                                                                  Clerk of Court