United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10438-pmm |
| Kara J. Seawell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

**Recip ID**          **Recipient Name and Address**
db                +  Kara J. Seawell, 425 Sunset Road, West Reading, PA 19611-1307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | +  Email/Text: RASEBN@raslg.com | Jan 17 2026 00:31:00 | Home Point Financial, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DAVID S. GELLERT | on behalf of Debtor Kara J. Seawell dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |

District/off: 0313-4                         User: admin                                    Page 2 of 2
Date Rcvd: Jan 16, 2026                      Form ID: 167                                   Total Noticed: 2

MICHELLE L. MCGOWAN
                    on behalf of Creditor Home Point Financial mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 167* (1/25)–doc 69 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Kara J. Seawell | ) | Case No. 21–10438–pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>NOTICE OF HEARING</u>

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor FREEDOM MORTGAGE CORPORATION Filed by Kara J.
Seawell

on: 1/29/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601


Date: January 16, 2026

For The Court

Mohung Wong
Clerk of Court