Certificate Number: 05781-PAE-DE-040636514

Bankruptcy Case Number: 21-10438



05781-PAE-DE-040636514

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2026, at 9:14 o'clock PM PST, Kara Seawell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 18, 2026                By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:  President