United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Kara J. Seawell

    Debtor

Case No. 21-10438-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kara J. Seawell, 425 Sunset Road, West Reading, PA 19611-1307 |
| 14585116 | + | Accounts Advocate Agency, 1001 S. Fourth St., Hamburg, PA 19526-9211 |
| 14585119 | + | D. Anthony Sottile, 394 Wards Corner Rd., Ste. 180, Loveland, OH 45140-8362 |
| 14668658 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14830611 | + | Freedom Mortgage Corporation, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14585130 | + | Rebecca Solarz, Esquire, KML Law Group, PC, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 25 2026 01:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 25 2026 01:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14585117 | | Email/Text: cms-bk@cms-collect.com | Mar 25 2026 01:52:00 | Capital Management Svcs LP, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14585118 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2026 02:03:24 | Chase Card Services, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14585120 | + | Email/Text: dsgrdg@ptdprolog.net | Mar 25 2026 01:52:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14585121 | | Email/Text: mrdiscen@discover.com | Mar 25 2026 01:52:00 | Discover Bank, P. O. Box 3025, New Albany, OH 43054-3025 |
| 14668659 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 25 2026 01:52:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 14663363 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 25 2026 01:52:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14585122 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:03:27 | Home Depot Credit Services, P. O. Box 790328, Saint Louis, MO 63179-0328 |
| 14585123 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2026 01:52:00 | Home Point Financial, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14588750 | + | Email/Text: RASEBN@raslg.com | Mar 25 2026 01:52:00 | Home Point Financial, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14601562 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2026 01:52:00 | Home Point Financial Corporation, Attn: Correspondence and Payments, 11511 Luna Rd Suite 300, Farmers Branch, TX 75234-6451 |
| 14585124 | + | Email/Text: bankruptcy@marinerfinance.com | | |

District/off: 0313-4                             User: admin                                    Page 2 of 3
Date Rcvd: Mar 24, 2026                          Form ID: 138OBJ                                Total Noticed: 25

|  |  | Mar 25 2026 01:52:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14585125 | + Email/Text: bankruptcynotification@montereyfinancial.com |  |  |
|  |  | Mar 25 2026 01:52:00 | Monterey Collections, 4095 Avenida de la Plata, Oceanside, CA 92056-5802 |
| 14585126 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Mar 25 2026 02:03:45 | Portfolio Recovery Assoc LLC, P. O. Box 41067, Norfolk, VA 23541 |
| 14585127 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Mar 25 2026 02:03:25 | Portfolio Recovery Associates LLC, P. O. Box 41067, Norfolk, VA 23541 |
| 14585129 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Mar 25 2026 01:52:00 | Quantum3 Group LLC, as Agent for MOMA Funding LLC, P. O. Box 788, Kirkland, WA 98083-0788 |
| 14587308 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Mar 25 2026 01:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14585131 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Mar 25 2026 02:03:45 | Synchrony Bank, c/o PRA Receivables Mgmt. LLC, P. O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14585128 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, P. O. Box 41067, Norfolk, VA 23541 |
| 14601434 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2026                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DAVID S. GELLERT | on behalf of Debtor Kara J. Seawell dsgrdg@ptdprolog.net |
| MATTHEW K. FISSEL | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |

District/off: 0313-4                                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 24, 2026                                Form ID: 138OBJ                                Total Noticed: 25

MICHELLE L. MCGOWAN
                        on behalf of Creditor Home Point Financial mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 78 – 76

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:           )
  Kara J. Seawell        )    Case No. 21–10438–pmm
               )
               )
  Debtor(s).         )    Chapter: 13
               )
               )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 24, 2026            For The Court

                      Mohung Wong
                      Clerk of Court