**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Kara J. Seawell** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-10438-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account:   7  9  1  7

**Property Address:**

425 SUNSET RD
Number        Street

WEST READING                                                 PA      19611
City                                                                State     ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      30,156.10 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      30,156.10 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $      30,156.10 |

**Part 4:**     **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**     **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ -0-

**Part 6:**     **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Scott F. Waterman _____     Date    03/31/2026
    Signature

Trustee     Scott F. Waterman _____
        First Name         Middle Name         Last Name

Address     2901 St. Lawrence Avenue, Suite 100 _____
        Number         Street

Reading             PA     19606
City         State     ZIP Code

Contact phone    (610) 779-1313 _____     Email   info@ReadingCh13.com

| Debtor 1 | Kara J. Seawell | Case Number 21-10438-PMM | Page 1 |
| --- | --- | --- | --- |
| | Name | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 3-1 | HOME POINT FINANCIAL COF | Pre-Petition Arrears | 10/22/2021 | 17222624 | Disbursement To Creditor/Principal | 66.56 |
| 3-1 | HOME POINT FINANCIAL COF | Pre-Petition Arrears | 12/17/2021 | 17224502 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 01/21/2022 | 17225439 | Disbursement To Creditor/Principal | 587.88 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 02/18/2022 | 17226417 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 03/18/2022 | 17227375 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 04/22/2022 | 17228388 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 06/27/2022 | 17230219 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 07/22/2022 | 17231224 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 09/23/2022 | 17233125 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 11/18/2022 | 17235043 | Disbursement To Creditor/Principal | 4,107.80 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 01/20/2023 | 17236921 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 02/17/2023 | 17237845 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 03/17/2023 | 17238735 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 04/21/2023 | 17239655 | Disbursement To Creditor/Principal | 586.96 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 05/19/2023 | 17240571 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 06/16/2023 | 17241403 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 07/21/2023 | 17242241 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 08/18/2023 | 17243116 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 10/20/2023 | 17244760 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 12/15/2023 | 17246348 | Disbursement To Creditor/Principal | 1,148.40 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 02/16/2024 | 17247991 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 03/15/2024 | 17248792 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 04/19/2024 | 17249638 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 05/24/2024 | 17250485 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 06/21/2024 | 17251281 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 07/19/2024 | 17252059 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 08/16/2024 | 17252834 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 09/20/2024 | 17253611 | Disbursement To Creditor/Principal | 574.20 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 11/15/2024 | 17255100 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 12/20/2024 | 17255883 | Disbursement To Creditor/Principal | 580.58 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 02/21/2025 | 17257387 | Disbursement To Creditor/Principal | 2,322.32 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 05/22/2025 | 17259796 | Disbursement To Creditor/Principal | 602.91 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 08/22/2025 | 17262219 | Disbursement To Creditor/Principal | 2,411.64 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 10/24/2025 | 17263934 | Disbursement To Creditor/Principal | 602.91 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 11/21/2025 | 17264782 | Disbursement To Creditor/Principal | 589.79 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 12/17/2025 | 17265523 | Disbursement To Creditor/Principal | 588.87 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 01/16/2026 | 17266291 | Disbursement To Creditor/Principal | 588.87 |
| 3-1 | FREEDOM MORTGAGE CORF | Pre-Petition Arrears | 02/20/2026 | 17267130 | Disbursement To Creditor/Principal | 1,430.31 |

Total for Claim Number 3-1: 30,156.10

Total for Part 3 - b (Prepetition Arrears): 30,156.10