**Fill in this information to identify the case:**

Debtor 1  KARA J. SEAWELL
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 21-10438-pmm

Official Form 410S1
## Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation          **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  7917

**Date of payment change:** 09/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $923.78
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 401.43    **New escrow payment:** $ 418.23

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %          **New interest rate:** _____ %

**Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ ____     **New mortgage payment:** $ _____

Debtor1  <u>KARA</u>    <u>J.</u>    <u>SEAWELL</u>  
     First Name   Middle Name   Last Name

Case number *(if known)* <u>21-10438-pmm</u>

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘  <u>/s/ Matt Fissel</u>  
   Signature

Date <u>08/03/2023</u>

**Print:**  <u>Matt Fissel (314567)</u>  
     First Name   Middle Name   Last Name

Title <u>Attorney</u>

Company  <u>Brock & Scott, PLLC</u>

Address  <u>3825 Forrestgate Dr.</u>  
   Number   Street

<u>Winston-Salem, NC 27103</u>  
   City   State   ZIP Code

Contact phone <u>844-856-6646</u>

Email <u>PABKR@brockandscott.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>KARA J. SEAWELL<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>KARA J. SEAWELL ,<br>    Debtor | Case No. 21-10438-pmm<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

DAVID S GELLERT, Debtor's Attorney
3506 Perkiomen Avenue
Reading, PA 19606
dsgrdg@ptdprolog.net

SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Via First Class Mail:

KARA J. SEAWELL
425 SUNSET ROAD
WEST READING, PA 19611

Date: <u>August 3, 2023</u>

                                                          */s/* Matt Fissel
                                                          Andrew Spivack, PA Bar No. 84439
                                                          Matt Fissel, PA Bar No. 314567
                                                          Mario Hanyon, PA Bar No. 203993
                                                          Ryan Starks, PA Bar No. 330002
                                                          Jay Jones, PA Bar No. 86657
                                                          Attorney for Creditor
                                                          BROCK & SCOTT, PLLC
                                                          3825 Forrestgate Drive
                                                          Winston Salem, NC 27103
                                                          Telephone: (844) 856-6646
                                                          Facsimile: (704) 369-0760
                                                          E-Mail: PABKR@brockandscott.com



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement
### Account Information

| | |
|---|---|
| Loan Number: | ▮ |
| Property Address: | 425 SUNSET RD |
| | WEST READING PA 19611 |
| Statement Date: | 07/25/2023 |
| Current Payment Amount: | $906.98 |
| **New Payment Amount:** | **$923.78** |
| **New Payment Effective Date:** | **09/01/2023** |

KARA J SEAWELL
425 SUNSET RD
WEST READING PA 19611-1307

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $1,254.37.  A surplus check in the amount of $1,254.37 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,957.21 |
| - Required Minimum Balance | $702.84 |
| Surplus | $1,254.37 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

### PART 1

### Your Mortgage Payment

Payment information beginning with your 09/01/2023 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $505.55 | $505.55 |
| Escrow Payment: | $401.43 | $418.23 |
| **Total Payment:** | **$906.98** | **$923.78** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

# PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

## Previous Year's Projections (Estimated) | Actual Activity

| Date | Paid In | Paid Out | Description | Balance | Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Beginning Balance | $1,296.85 |  |  |  | Beginning Balance | ($7,674.25) |
| Sep 2022 | $401.43 | $964.00 | HOMEOWNERS | $734.28 | Sep 2022 | $759.24 | $68.58 * |  | ($6,983.59) |
| Sep 2022 | $0.00 | $68.58 | FHA MORTGAGE INSURANCE | $665.70 | Sep 2022 | $0.00 | $0.00 |  | ($6,983.59) |
| Oct 2022 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $998.55 | Oct 2022 | $0.00 | $68.58 | FHA MORTGAGE INSURANCE | ($7,052.17) |
| Nov 2022 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $1,331.40 | Nov 2022 | $2,304.48 | $66.81 * |  | ($4,814.50) |
| Dec 2022 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $1,664.25 | Dec 2022 | $384.08 | $66.81 * |  | ($4,497.23) |
| Jan 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $1,997.10 | Jan 2023 | $768.16 | $66.81 * |  | ($3,795.88) |
| Feb 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,329.95 | Feb 2023 | $384.08 | $66.81 * |  | ($3,478.61) |
| Mar 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,662.80 | Mar 2023 | $768.16 | $66.81 * |  | ($2,777.26) |
| Apr 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,995.65 | Apr 2023 | $768.16 | $1,239.16 * |  | ($3,248.26) |
| Apr 2023 | $0.00 | $1,176.44 | BOROUGH TAX | $1,819.21 | Apr 2023 | $0.00 | $66.81 | FHA MORTGAGE INSURANCE | ($3,315.07) |
| May 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,152.06 | May 2023 | $384.08 | $66.81 * |  | ($2,997.80) |
| Jun 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,484.91 | Jun 2023 | $768.16 | $66.81 * |  | ($2,296.45) |
| Jul 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $2,817.76 | Jul 2023 | $401.43 | $66.81 * |  | ($1,961.83) |
| Aug 2023 | $401.43 | $68.58 | FHA MORTGAGE INSURANCE | $3,150.61 | Aug 2023 | $0.00 | $0.00 | E | ($1,961.83) |
| Aug 2023 | $0.00 | $1,853.76 | SCHOOL/ISD TAX | $1,296.85 | Aug 2023 | $0.00 | $0.00 | E | ($1,961.83) |
| Total | $4,817.16 | $4,817.16 |  |  | Total | $7,690.03 | $1,977.61 |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: ███████

(This section intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

### Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 425 SUNSET RD |
| | WEST READING PA 19611 |
| Statement Date: | 07/25/2023 |
| Current Payment Amount: | $906.98 |
| **New Payment Amount:** | **$923.78** |
| **New Payment Effective Date:** | **09/01/2023** |

KARA J SEAWELL
425 SUNSET RD
WEST READING PA 19611-1307

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $1,137.00 |
| FHA MORTGAGE INSURANCE | $801.72 |
| SCHOOL/ISD TAX | $1,840.94 |
| BOROUGH TAX | $1,239.16 |
| **Total Disbursements** | **$5,018.82** |

Freedom expects to pay $5,018.82 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $5,018.82 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$418.23** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $2,742.79 | $1,488.42 |
| Sep 2023 | $418.23 | $1,137.00 | HOMEOWNERS | $2,024.02 | $769.65 |
| Sep 2023 | $0.00 | $66.81 | FHA MORTGAGE INSURANCE | $1,957.21 | $702.84 * |
| Oct 2023 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $2,308.63 | $1,054.26 |
| Nov 2023 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $2,660.05 | $1,405.68 |
| Dec 2023 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $3,011.47 | $1,757.10 |
| Jan 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $3,362.89 | $2,108.52 |
| Feb 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $3,714.31 | $2,459.94 |
| Mar 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $4,065.73 | $2,811.36 |
| Apr 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $4,417.15 | $3,162.78 |
| Apr 2024 | $0.00 | $1,239.16 | BOROUGH TAX | $3,177.99 | $1,923.62 |
| May 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $3,529.41 | $2,275.04 |
| Jun 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $3,880.83 | $2,626.46 |
| Jul 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $4,232.25 | $2,977.88 |
| Aug 2024 | $418.23 | $66.81 | FHA MORTGAGE INSURANCE | $4,583.67 | $3,329.30 |
| Aug 2024 | $0.00 | $1,840.94 | SCHOOL/ISD TAX | $2,742.73 | $1,488.36 |
| | $5,018.76 | $5,018.82 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $1,254.37. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

LOAN NUMBER:

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 425 SUNSET RD<br>WEST READING PA 19611 |
| Statement Date: | 07/25/2023 |
| Current Payment Amount: | $906.98 |
| **New Payment Amount:** | **$923.78** |
| **New Payment Effective Date:** | **09/01/2023** |

KARA J SEAWELL
425 SUNSET RD
WEST READING PA 19611-1307

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

LOAN NUMBER:

INTERNET REPRINT